infants; also appeal by the People from an order, entered on the minutes, dismissing the first count of the indictment.)    Present — Williams, P. J., Bastow, Goldman, Halpern, and Henry, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v. CLARA M. DOOLING, Appellant-Respondent.— Judgment of conviction and order unanimously affirmed.    (Appeal from judgment of Erie County Court convicting defendant of (1) manslaughter, second degree, (2) failure to furnish food, shelter and medical attendance to minors, and (3) endangering health of infants; also appeal by the People from an order, entered on the minutes, dismissing the first count of the indictment.)    Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■    CITIES SERVICE OIL COMPANY, Respondent, v. 307 SUMMER STREET, INC., et al., Appellants.— Motion for reargument denied.    Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■    FRANCIS BREWSTER, as President of Local Union No. 5895, United Steelworkers of America, AFL-CIO, Plaintiff, v. FIRST TRUST & DEPOSIT COMPANY et al., Defendants.— Motion for a stay denied.

■    In the Matter of MARY E. HUNN against JOHN J. NAPLES, et al.— Stay granted pending determination of appeal on consent of parties.

■    In the Matter of the PEOPLE OF THE STATE OF NEW YORK., Petitioner, against SANFORD LEVINSON et al., Doing Business as AMERICAN ALUMINUM, et al., Respondents.— Motion for a stay denied.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT ROSS, Appellant.— Application for assignment of counsel denied.

■    STANLEY E. KONIECZNY, Respondent, v. PEASE OIL COMPANY, Appellant.— Motion granted to the extent that order entered May 5, 1960 dismissing appeal vacated; appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1960, and case ready for argument at September 1960 Term of court; stay of execution of judgment denied.    A stay of execution must be obtained by complying with section 594 of the Civil Practice Act.

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel CHARLES WILLIAMS, Relator, against PAUL McGINNIS, as Commissioner of Correction, et al., Respondents.— Petition for a writ of mandamus denied.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOLAKOWSKI, Appellant.— Order of September 23, 1959 vacated, motion granted to appeal on original papers, typewritten briefs, and Nathan A. Bork, Esq., assigned as counsel to conduct appeal.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— David S. Jordan, Esq., of Rochester assigned as counsel to conduct appeal.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Motion granted to prosecute appeal on certified copy of judgment roll, typewritten briefs, Gerald S. Davidson, Esq., of Rochester assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include September 1960 Term of court.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. DUNCAN, Appellant.— Order of substitution of attorneys entered.